[No. 27945-6-III.   Division Three.   June 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN J. MINES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. US 57946, John W. Lohrmann, J., entered March 12, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28009-8-III.   Division Three.   June 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE FRANKLIN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-1-00124-4, Michael E. Cooper, J., entered April 15, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 28042-0-III.   Division Three.   June 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VANCE EUGENE BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-01149-0, Bruce A. Spanner, J., entered March 11, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28077-2-III.   Division Three.   June 17, 2010.]

BAHRAM KHALIGHI, *Respondent*, v. FRED HARVEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-00844-0, Michael P. Price, J. Pro Tem., entered April 15, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.